812

No. 61. RADIO & TELEVISION BROADCAST TECHNICIANS LOCAL UNION 1264, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. *v.* BROADCAST SERVICE OF MOBILE, INC. Supreme Court of Alabama. Certiorari granted. *J. R. Goldthwaite, Jr.,* for petitioners. *George E. Stone, Jr.,* and *Willis C. Darby, Jr.,* for respondent. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the United States, as *amicus curiae,* in support of the petition.

No. 82. CARRINGTON *v.* RASH ET AL. Supreme Court of Texas. Certiorari granted. *W. C. Peticolas* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Mary K. Wall,* Assistant Attorney General, for respondent Carr.

No. 123. FEDERAL POWER COMMISSION *v.* UNION ELECTRIC Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Cox, Ralph S. Spritzer, Frank I. Goodman, Richard A. Solomon* and *Howard E. Wahrenbrock* for petitioner. *Robert J. Keefe* and *Robert F. Schlafly* for respondent.

No. 98. NATIONAL LABOR RELATIONS BOARD *v.* METROPOLITAN LIFE INSURANCE Co. C. A. 1st Cir. Certiorari granted. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Burton A. Zorn* and *George G. Gallantz* for respondent.

No. 134. PARAGON JEWEL COAL Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari granted. *Frederick Bernays Wiener* and *LeRoy Katz* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.